IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY CARR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:14-cv-01084 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| TRANSCANADA USA SERVICES, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant TransCanada USA Services, Inc.'s Motion for Leave to File Reply in Support of Defendant's Motion to Dismiss ("Motion") (Doc. No. 12), filed with the proposed Reply (Doc. No. 12-1). The Motion is hereby **GRANTED**; the Court will consider the Reply (Doc. No. 12-1) when ruling on Defendant's Motion to Dismiss (Doc. No. 5).

It is so ORDERED.

Entered this the ____ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT