## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY CARR, JAMES ETHRIDGE, AND BAILEY HANKINS, JR., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Civil No. 3:14-cv-01084 |
| v. | ) | Judge Sharp |
| | ) | |
| TRANSCANADA USA SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## <u>Order</u>

For the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. of Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted (Docket No. 5) is hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to enter judgment in a separate document in accordance with Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE